COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Earl Charles Martin v. The State of Texas

Appellate case number:   01-14-00202-CR

Trial court case number: 1413896

Trial court:             174th District Court of Harris County

On October 2, 2014, appellee, The State of Texas, filed a "Motion to Seal Appellant's Brief," because the brief of appellant, Earl Charles Martin, discloses the name of a sexual assault complainant under the age of 17. *See* TEX. CODE CRIM. PROC. ANN. art. 57.02(h) (West Supp. 2014). We grant the motion in part and ORDER that appellant file a corrected brief.

We ORDER appellant to file a corrected brief redacting the complainant's name and any other sensitive data, as defined by statute and rule. *See* TEX. CODE CRIM. PROC. ANN. art. 57.02(h); TEX. R. APP. P. 9.10. Appellant's corrected brief shall comply with the redaction procedures set forth in Texas Rule of Appellate procedure 9.10(c):

> Sensitive data must be redacted by using the letter "X" in the place of each omitted digit or character or by removing the sensitive data in a manner indicating that the data has been redacted. The filer must retain an unredacted version of the filed documents during the pendency of the appeal and any related proceedings filed within three years of the date the judgment is signed.

TEX. R. APP. P. 9.10(c).

Appellant's corrected brief is due to be filed with this Court within 10 days of the date of this order. Failure to file a corrected brief will result in the brief being stricken. The clerk of the court shall seal the brief until a corrected brief is filed.

This order does not modify any deadlines in this appeal.

It is so ORDERED.


Judge's signature: /s/ <u>Jane Bland</u>
               ☒ Acting individually    ☐ Acting for the Court

Date: October 7, 2014